IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03182-RPM

**KEVIN MUSE**,

     Plaintiff,

v.

**RETS TECH CENTER, INC., d/b/a FORTIS INSTITUTE ONLINE**,

     Defendant.

___

**ORDER GRANTING MOTION TO REQUEST CALL
RECORDS AND TEXT MESSAGES FROM AT&T**
___

     THE COURT having reviewed Plaintiff's Motion to Request Call Records and Text Messages from AT&T, and being fully advised in the premises, hereby

     ORDERS, that Plaintiff, Kevin Muse's, motion is GRANTED and this Court ORDERS that AT&T release the call records with detail and text messages with content for all messages sent between telephone numbers: (719) 321-6979 and (303) 359-1820, for the time-period from May 22, 2012 through May 29, 2012, to counsel for Plaintiff at the following address:

Leah P. VanLandschoot, Esq.
The Litigation Boutique LLC
1720 S. Bellaire Street, Suite 805
Denver, Colorado 80222
Tele: (303) 355-1942
Fax: (303) 355-2199
lvanlandschoot@thelitbot.com

     DATED:   June 18, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge