**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 January 8, 2014
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Jennifer Hawkins

_____

Civil Action No. 12-cv-03182-RPM

KEVIN MUSE,                                                              Leah P. VanLandschoot

     Plaintiff,

v.

RETS TECH CENTERT, INC.,                                                 Peter F. Munger
d/b/a Fortis Institute Online a division of Fortis College in Centerline Ohio,   Veronica T. Von Grabow

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motion**

**1:59 p.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks.

Argument by Ms. Vandlandschoot [20].

**ORDERED:     Defendant's Motion for Summary Judgment [20], is granted with respect to Plaintiff's Breach of Contract and Breach of Implied Duty of Good Faith and Fair Dealing, First and Second Claims for Relief, and denied with respect to plaintiff's Slander Per Se, Third Claim for Relief.**

**Court states sham affidavit doctrine is not applicable.**

Argument by Mr. Munger.

**ORDERED:     Defendant's Motion to Strike [26], is denied and the depositions of Annette Hernandez and those who attended the May 24th meeting are permitted.**

**2:22 p.m.        Court in recess.**   Hearing concluded.  Total time: 23 min.