IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03182-RPM

KEVIN MUSE,

      Plaintiff,

v.

RETS TECH CENTER, INC., an Ohio corporation,
d/b/a FORTIS INSTITUTE ONLINE, a division of FORTIS COLLEGE IN CENTERVILLE, OHIO,

      Defendant.
_____

ORDER FOR JUDGMENT DISMISSING FIRST AND SECOND CLAIMS FOR RELIEF
_____

      The defendant RETS Tech Center, Inc., filed a motion for summary judgment seeking dismissal of all three of the plaintiff's claims for relief.  It appears from the papers filed in support and opposition to that motion that Kevin Muse acknowledged his at will employment by signing an Acknowledgment and Disclaimer" form on October 26, 2010, and again on July 29, 2011.  Accordingly, there is no dispute that he was an at will employee and it is therefore

      ORDERED that judgment will enter dismissing the first and second claims for relief, alleging breach of contract and breach of the implied duty of good faith and fair dealing, respectively.

      DATED: January 8th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge