IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03182-RPM

KEVIN MUSE,

     Plaintiff,

v.

RETS TECH CENTER, INC., an Ohio corporation,
d/b/a FORTIS INSTITUTE ONLINE, a division of FORTIS COLLEGE IN CENTERVILLE, OHIO,

     Defendant.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **July 7, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

DATED:  March 21st, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge