IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03182-RPM

KEVIN MUSE,

 Plaintiff,

v.

RETS TECH CENTER, INC., an Ohio corporation,
d/b/a FORTIS INSTITUTE ONLINE, a division of FORTIS COLLEGE IN CENTERVILLE, OHIO,

 Defendant.
_____

## ORDER FOR DISMISSAL
_____

 Pursuant to the Stipulation to Dismiss with Prejudice [57] filed today, it is

 ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

 DATED: June 30th, 2014

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge